IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE S. HAAGENSEN,<br>Plaintiff, | )<br>)<br>) |
| vs | )    Civil Action No. 08-727 |
| PENNSYLVANIA STATE POLICE, et al.,<br>Defendants. | )<br>)<br>) |

ORDER

AND NOW, this 20th day of May, 2009, after the plaintiff, Janice S. Haagensen, filed an action in the above-captioned case, and a motion to dismiss was submitted by defendant Cathy Vasko a/k/a Cathy Ferrigno a/k/a Cathy Leary, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 59), which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss ~~motion to dismiss~~ submitted on behalf of Defendant Cathy Vasko a/k/a Cathy Ferrigno a/k/a Cathy Leary (Docket No. 50) is granted with respect to Counts II, III and IV of the complaint and denied with respect to Count I.

*Donetta W. Ambrose*
Donetta W. Ambrose
United States Chief District Judge

cc: Cathy Vasko
2491 Brodhead Road
Aliquippa, PA 15001