IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JANICE S. HAAGENSEN,            )
              Plaintiff,        )
                                )
       vs.                      )        Civil Action No. 08-727
                                )
PENNSYLVANIA STATE POLICE, et al., )
              Defendants.       )

O R D E R

AND NOW, this *20th* day of January, 2010, after the plaintiff, Janice S.

Haagensen, filed an action in the above-captioned case, and after a motion for summary

judgment on plaintiff's non-constitutional issues was submitted by defendants Pennsylvania State

Police, Todd Scott, Christian F. Winter, Clyde Jones and Pennsylvania Game Commission, and

after a Report and Recommendation was filed by the United States Magistrate Judge granting the

parties a period of time after being served with a copy to file written objections thereto, and upon

consideration of the objections filed by plaintiff and the moving defendants, and upon

independent review of the motion and the record, and upon consideration of the Magistrate

Judge's Report and Recommendation (Docket No. 119), which is adopted as the opinion of this

Court,

       IT IS ORDERED that the motion for summary judgment filed by defendants

Pennsylvania State Police, Todd Scott, Christian F. Winter, Clyde Jones and Pennsylvania Game

Commission on the non-constitutional issues (Docket No. 105) is granted with respect to

plaintiff's due process and equal protection claims and denied with respect to her First

Amendment retaliatory prosecution claim.

Donetta W. Ambrose
United States District Judge