IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE S. HAAGENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Civil Action No. 08-727 |
| | ) | |
| CHRISTIAN WINTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

AMBROSE, Senior District Judge

**Judgment**

A default judgment was entered against Defendant Cathy Vasko on April 6, 2011. On default, the Court accepts as true the factual allegations contained in the complaint. With respect to Defendant Vasko, Plaintiff has alleged that she confronted Ms. Vasko positioned to hunt within ten feet of a public road. After being approached by Plaintiff, Ms. Vasko walked down to the road and unloaded her weapon. She was identified as the victim on the police non-traffic citation issued against Plaintiff. Ms. Vasko subsequently admitted during testimony in state court that she had been hunting within ten feet of a public road.

A hearing was held on April 6, 2011, at which Plaintiff presented testimony on the issue of damages. After careful consideration of Plaintiff's testimony and the factual allegations of the complaint with respect to Defendant Vasko, the Court awards damages in favor of Plaintiff and against Defendant Vasko in the amount of one thousand dollars ($1000).

Dated: April 6, 2011

BY THE COURT:

/s/ Donetta W. Ambrose

Donetta W. Ambrose
Senior U.S. District Judge